March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Yonathan Garcia
Valdez                ,    Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 601 (PKC) (__)

Defendant __Yonathan Garcia Valdez__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

__/s/ Yonathan Garcia Valdez__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Yonathan Garcia Valdez**
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

**Stephen Turano**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__4/6/21__
Date

_[signature: Stewart D. Aaron]_
U.S. Magistrate Judge