LAW OFFICES OF

# STEPHEN TURANO

——

sturano@turanolaw.com

275 MADISON AVENUE                                                 60 PARK PLACE
35TH FLOOR                                                              SUITE 703
NEW YORK, NY 10016                                           NEWARK, NJ 07102

——                                                                          ——

TEL (917) 974-1781                                                 TEL (973) 648-6777
FAX (212) 208-2981                                              FAX (212) 208-2981

——

REPLY TO NEW JERSEY OFFICE

April 29, 2021

Bail Hearing is scheduled for May 13, 2021 at
12:00 p.m. and will proceed telephonically.
Call-In No.: 888 363 4749, Access Code: 3667981.
SO ORDERED.
Dated:  4/29/2021

P. Kevin Castel
United States District Judge

By ECF
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 1007

Re:   United States v. Yonathan Junior Garcia Valdez
        20 Cr. 601 (PKC)

Dear Judge Castel:

I represent Yonathan Junior Garcia Valdez in the above-referenced matter. At his initial
appearance I waived a detention hearing but reserved until such time as I had a bail package to offer. I
am prepared to proceed and request a detention hearing as soon as the Court will allow one.

Respectfully,

/s/ *Stephen Turano*
Stephen Turano

cc:  All Counsel of Record for the Government (via ECF)