LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

TEL (917) 594-5666
FAX (917) 594-5667

60 PARK PLACE
SUITE 1101
NEWARK, NJ 07102

TEL (973) 648-6777
FAX (917) 594-5667

> Sentencing is adjourned from July 27, 2022 to September 8, 2022 at 12:00 p.m. in Courtroom 11D. SO ORDERED.
> Dated: 7/6/2022
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

July 6, 2022

By ECF
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 1007

      Re:    United States v. Yonathan Junior Garcia Valdez
                     20 Cr. 601 (PKC)

Dear Judge Castel:

      On behalf of Yonathan Garcia Valdez, I request a two-week adjournment of the July 27, 2022 sentencing date and the parties' sentencing submissions. I make this request in order to ensure an opportunity to receive the final Presentence Report and to have ample time to schedule an interpreter to meet with Mr. Garcia-Valdez and me at the MDC to prepare for sentencing. In recent weeks it has been difficult securing interpreters to participate in in-person visits and the MDC has experienced intermittent lockdowns.

      This is the first adjournment request of Mr. Garcia Valdez's sentencing. AUSA Rushmi Bhaskaran consents to the request.

                                                   Respectfully,

                                                   /s/ *Stephen Turano*
                                                   Stephen Turano

cc:  All Counsel of Record for the Government (via ECF)